BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. DYER,<br><br>Defendant. | No. CR-06-0137 MAG<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING CHANGE OF PLEA HEARING** |

The undersigned parties stipulate as follows:

1. Defense counsel requests a continuance of the change of plea hearing date of May 9, 2006 to May 23, 2006, due to having a family emergency and having to travel out of state to join her family during this emergency.

2. The government has no objection to the request for continuance.

3. The parties jointly propose the date of May 23, 2006 for the Court's consideration.

**IT IS SO STIPULATED**.

Dated: May 9, 2006                                            _____/S/_____
                                                                              ELIZABETH M. FALK
                                                                              Assistant Federal Public Defender

Stipulation and Proposed Order                    1

1

2   Dated: May 9, 2006                                           _____/S/_____
                                                                 DEREK R. OWENS
3                                                                Assistant United States Attorney

4

5   I hereby attest that I have on file al holograph signatures for any signatures indicated by a

6   "conformed" signature (/S/) within this e-filed document.

7

8                                           **ORDER**

9        For the reason stated by counsel, the hearing date in the aforementioned matter of

10  May 9, 2006 at 9:30 a.m. is hereby continued to May 23, 2006 at 9:30 a.m.

11  Dated:  May 9, 2006  _____

12                                                    _____
                                                      THE HONORABLE ELIZABETH D. LAPORTE
13                                                    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Stipulation and Proposed Order                    2